Chase Bank USA, N.A., Plaintiff-Appellant,
against
Ralph Castelli, Defendant-Respondent.



Plaintiff appeals from an order of the Civil Court of the City of New York, New York County (Dakota D. Ramseur, J.), entered on October 4, 2017, which granted defendant's motion to vacate a default judgment.




Per Curiam.
Order (Dakota D. Ramseur, J.), entered on October 4, 2017, reversed, without costs, motion denied and default judgment reinstated.
No legal basis was shown by defendant or identified by the motion court for vacating the February 2008 default judgment. Despite a 2013 restraint on defendant's Citibank account and a February 2013 written agreement whereby defendant "acknowledge[d] the debt" and authorized "release of ... funds [in the Citibank account] towards the satisfaction of the ... debt," defendant took no action to challenge the default judgment until March 2017, a four-year delay which "evidenced a willingness to accede to the terms of the judgment" (Cooper v Carlson, 130 AD2d 703 [1987]). In any event, defendant failed to proffer a reasonable excuse for his substantial delay in moving to vacate the judgment (see Caba v Rai, 63 AD3d 578, 581-582 [2009]) and his conclusory claim that he does not owe "any money" was insufficient to demonstrate a meritorious defense to the underlying credit card debt (see Facsimile Communications Indus., Inc. v NYU Hosp. Ctr., 28 AD3d 391, 392 [2006]).
To the extent that defendant now raises a challenge to the court's personal jurisdiction over him, his conclusory denial that he was served in 2007 was insufficient to rebut the affidavit of service (see Matter of de Sanchez, 57 AD3d 452, 454 [2008]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 26, 2018